**SEARCH WARRANT AFFIDAVIT**

**UNITED STATES POSTAL INSPECTION SERVICE**

I, DANIEL J. SENCHESAK, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector and have been so employed since June 2007, presently assigned at the United States Postal Inspection Service (USPIS) Cleveland, Ohio Field Office to the Contraband Interdictions and Investigations (CI2) Team which investigates Prohibited Mailing offenses to include the mailing of dangerous narcotics, proceeds or payment from the sale of those narcotics, and other illegal contraband. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 14 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. Your affiant knows based on training and experience that U.S. Mail is often used by narcotic traffickers to transport controlled substances, as well as U.S. currency and other financial instruments derived from the distribution of controlled substances, either as payment or proceeds. Your affiant knows based on training and experience that U.S. Postal Service Priority Mail is commonly used to transport controlled substances because narcotic traffickers can track the parcels, control dispatch times and locations, and have delivery in two to three business days.

3. On February 24, 2022, your affiant was advised of the following parcel:

   U.S. Postal Service Priority Mail parcel bearing label no. 9505515194012049341297 addressed to 10938 Venice blvd # 6, Culver City, CA 90232, Walker Sedwick United States, with a return address of Travis Tice, 1204 Euclid United States.

4. U.S. Postal Service Priority Mail parcel bearing label no. 9505515194012049341297 is further described as a brown International Paper brand box, measuring approximately 16.5 inches X 11.25 inches X 8.25 inches, and weighing approximately 2 pounds, 1.5 ounces. This parcel was mailed on February 18, 2022, from the Toronto, Ohio 43964 Post Office and bore $21.20 in U.S. Postage. A Postal Inspector Team Leader was advised of the parcel by postal employees on February 19, 2022. Your affiant received the parcel on February 24, 2022.

5. The parcel did not require a signature for delivery. Signature waivers are commonly used on drug parcels and/or proceeds so the intended recipients do not have to have contact with the delivery employee and/or law enforcement should the parcel be seized.

6. Your affiant made inquiries with CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name and address, and phone number information, concerning the return address of 1204 Euclid and was unable to associate the name Travis Tice at the return address on parcel no. 9505515194012049341297. Further, the

Toronto, OH Postmaster advised Postal Inspectors the address does not exist in Toronto, OH, he contacted Travis Tice of Toronto, OH, and Travis Tice advised he did not send the parcel.

7. Your affiant made inquiries in CLEAR and was unable to associate the listed recipient, Walker Sedwick, for the parcel bearing label no. 9505515194012049341297 at 10938 Venice blvd # 6, Culver City, CA 90232.

8. Your affiant knows based on his training and experience, that individuals using the U. S. Mails for the purpose of transporting controlled substances will often place fictitious address and/or name information, different variations of their names, or no names at all on these parcels to conceal their true identities from law enforcement should the parcel be seized.

9. On February 24, 2022, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. The parcel was subjected to "Ciga", a narcotic detection canine handled by Detective Michael Twombly of the Cuyahoga County Sheriff's Office. According to Detective Twombly, Ciga gave a positive alert on the subject parcel. According to Detective Twombly, this positive alert meant Ciga detected the odor of an illegal narcotic emanating from the parcel. According to Detective Twombly, "Ciga" did not alert to the blank parcels which emanated no narcotics odors.

10. Detective Twombly has been State Certified as a Narcotics Canine handler, and he and narcotics canine Ciga have worked together since 2013. Detective Twombly and canine Ciga were both certified in October 2021 by the Ohio Peace Officers Training Academy (OPOTA) and in November 2021 by the North American Police Working Dog Association (NAPWDA). Detective Twombly and canine Ciga have both completed 80 hours of a state certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAPWDA, a nationally organized police work dog association which provides training for dogs and handlers. During this time, Ciga was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methlyenedioxyethlamphamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts. According to Detective Twombly, Ciga is a reliable K-9 assist unit.

11. Your affiant knows based on his training and experience that individuals who regularly handle controlled substances often leave the scent of controlled substances, which narcotic canines are trained to indicate alert, on the box, contents of the box, and/or other packaging material they handle.

12. Your affiant knows based on training and experience that California is a common origination area for controlled substances sent through the U.S. Mail with the Northern Ohio area being a common destination point for controlled substances sent through the U.S. Mail. Your affiant also knows

that California is a common destination point for narcotic proceeds, and Priority Mail is a method used for mailing these proceeds. Your affiant knows based on training and experience that information listed herein identifies common characteristics of a U.S. Postal Service parcel which contains narcotics proceeds.

13. Based on the information contained herein, your affiant maintains there is probable cause to believe that U.S. Postal Service Priority Mail parcel bearing label no. 9505515194012049341297 addressed to 10938 Venice blvd # 6, Culver City, CA 90232, Walker Sedwick United States, with a return address of Travis Tice, 1204 Euclid United States contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

_____
DANIEL J. SENCHESAK
U.S. POSTAL INSPECTOR

On February 25, 2022, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

_____
ELIZABETH PRESTON DEAVERS
U. S. MAGISTRATE JUDGE